# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2675

_____

| | | |
|---|---|---|
| Louis Jimerson, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the Eastern |
| Raymond M. Meyer, Assistant United | * | District of Missouri. |
| States Attorney, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: August 26, 2003

Filed: August 29, 2003

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Federal prisoner Louis Jimerson appeals from the district court's[1] preservice dismissal without prejudice of his civil complaint. Upon careful review of the record, we conclude that the district court properly dismissed the complaint for the reasons explained by the court. Accordingly, we affirm. See 8th Cir. R. 47A(a).

---

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.